Elizabeth K. Green, admitted *pro hac vice*
Green Health Law, APC
201 N. Brand Blvd., Suite 200
Glendale, CA 91023
Tel: (818) 722-1164
egreen@greenhealthlaw.com

Attorneys for Plaintiff
Wylie Sittman

HONORABLE THOMAS O. RICE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### AT SPOKANE

| | |
|---|---|
| WYLIE SITTMAN,<br><br>  Plaintiff<br><br>  v.<br><br>THE VAIL CORPORATION DBA VAIL ASSOCIATES INC. MEDICAL PROGRAM GROUP BENEFIT PLAN,<br><br>  Defendant. | No. 2:22-CV-0283-TOR<br><br>NOTICE OF SETTLEMENT |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of this action. It is anticipated that settlement documents will be circulated and processed, the matter resolved, and a Stipulation for Dismissal filed within forty-five (45) days.

Plaintiff respectfully requests that the Court vacate all pending court dates.

| | | |
|---|---|---|
| DATED: October 13, 2023 | | GREEN HEALTH LAW, APC |
| | By: | */s/ Elizabeth K. Green* |
| | | Elizabeth K. Green, admitted *pro hac vice* |
| | | CA State Bar No. 199634 |
| | | Green Health Law, APC |
| | | 201 N. Brand Blvd., Suite 200 |
| | | Glendale, CA 91023 |
| | | Tel: (818) 722-1164 |
| | | egreen@greenhealthlaw.com |
| | | |
| | | Attorneys for Wylie Sittman |

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

DATED: October 13, 2023                    GREEN HEALTH LAW, APC

                                By:    */s/ Elizabeth K. Green*
                                       Elizabeth K. Green, admitted *pro hac vice*
                                       CA State Bar No. 199634
                                       Green Health Law, APC
                                       201 N. Brand Blvd., Suite 200
                                       Glendale, CA 91023
                                       Tel: (818) 722-1164
                                       egreen@greenhealthlaw.com

                                       Attorneys for Wylie Sittman