FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WYLIE SITTMAN,<br><br>               Plaintiff,<br><br>  vs.<br><br>THE VAIL CORPORATION dba VAIL ASSOCIATES INC. MEDICAL PROGRAM GROUP BENEFIT PLAN,<br><br>               Defendant. | NO: 2:22-CV-0283-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice. ECF No. 36. The parties agree that the above-captioned action should be dismissed with prejudice and with each party to bear their own fees and costs. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and each party to bear their own fees and costs.

2. All pending motions, deadlines, and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 19, 2023.



THOMAS O. RICE
United States District Judge