AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

<div style="color:red">
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2023

SEAN F. McAVOY, CLERK
</div>

WYLIE SITTMAN,

_Plaintiff_

v.

THE VAIL CORPORATION dba
VAIL ASSOCIATES INC. MEDICAL
PROGRAM GROUP BENEFIT PLAN,

_Defendant_

)
)
)
)
)
)

Civil Action No.  2:22-CV-0283-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation filed at ECF No. 36, this action is DISMISSED with prejudice and each party to bear their own fees and costs, pursuant to the Order filed at ECF No. 37.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  THOMAS O. RICE _____ parties' Stipulation for Dismissal with Prejudice.

Date:  12/19/2023 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza

*(By) Deputy Clerk*

Ruby Mendoza